## FREEMAN v. BOWMAN.

NEW TRIAL.—PRACTICE.—A complaint for a new trial on the ground of newly discovered evidence must set out the evidence given on the former trial.

PRACTICE.—Where a correct result has been reached in the court below, the Supreme Court will not reverse the judgment.

APPEAL from the *Boone* Common Pleas.

FRAZER, C. J.—This was a complaint for a new trial under sec. 356 of the code, on the ground of newly

discovered evidence. A demurrer was sustained to the complaint, and that ruling is assigned for error.

The complaint did not purport to show what was the evidence given upon the trial of the case. Without this it was not possible to determine whether the new evidence would have been likely to change the result, and hence the complaint was entirely insufficient. *Glidewell* v. *Daggy*, 21 Ind. 95; *Cox* v. *Hutchings, id.,* 219.

It is argued that the statute does not contemplate a demurrer and other pleadings as in an ordinary case. We perceive no reason for overruling the cases cited above, nor any necessity for the consideration of that question here, for as a correct result was reached, we could not, in any event, disturb the judgment.

The judgment is affirmed, with costs.

*J. W. Evans,* for appellant.

*O. S. Hamilton,* for appellee.